400

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DELORES SMITH, Defendant-Appellant.

(No. 60050;

First District (2nd Division)—December 3, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.